EDWARD S. KOCH, PLAINTIFF-RESPONDENT, v. BOROUGH OF SEASIDE HEIGHTS, DEFENDANT-PETITIONER.

See same case below:  40 *N. J. Super.* 86.

*Messrs. Hiering & Grasso* for the petitioner.

*Mr. Joseph A. Citta* and *Mr. Jerome J. Doherty* for the respondent.

June 13, 1956.   Granted.